

**Superior Court of the District of Columbia**
CIVIL DIVISION
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

Henry des Longchamps
_____ Plaintiff

vs.

Allstate Property + Casualty
Insurance Company
_____ Defendant

Case Number  **13-0006357**

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Michael L. Rowan
Name of Plaintiff's Attorney

33 Wood Lane
Address

Rockville, MD 20850

301-762-1646
Telephone

Clerk of the Court

By _Adrienne J. Marsh_
Deputy Clerk

Date  9/18/2013

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요    ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

**EXHIBIT A**

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

HENRY DES LONGCHAMPS
1915 13TH Street NW
Washington, DC 20009

    Plaintiff

    vs.

ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY
P.O. Box 672041
Dallas, TX 75267

Serve on Resident Agent
CT Corporation Systems
1015 15th Street, NW
Suite 1000
Washington, DC 20005

    Defendant

Case Number: 13-0006357

RECEIVED
Civil Clerk's Office
SEP 1 8 2013
Superior Court of the
District of Columbia
Washington, D.C.

## COMPLAINT FOR APPOINTMENT OF UMPIRE

Comes Now, the Plaintiff, Henry des Longchamps, by and through counsel Michael L. Rowan and Ethridge, Quinn, Kemp, McAuliffe, Rowan & Hartinger and hereby files this Complaint for An Appointment of an Umpire against the Defendant Allstate Property and Casualty Insurance Company (herein after "Allstate") and in support thereof states as follows:

1. Plaintiff is a resident of Washington, District of Columbia.

2. Defendant is an insurance company authorized to provide, and does provide, homeowners insurance in Washington, District of Columbia.

3. Plaintiff was insured under a policy issued by Allstate at all times relevant herein and which covers his residence at 1915 13th Street, NW, Washington DC 20009.

4. As such, jurisdiction and venue in this Court are proper and appropriate.

EXHIBIT B

5. On or about June 29, 2012, during the Washington Area derecho, the insured property at 1915 13th Street, NW, Washington DC 20009, owned by Plaintiff, Henry des Longchamps, sustained damages covered by the Allstate Insurance policy.

6. As a result of said incident and loss, a claim was made with Allstate by the Plaintiff. A dispute exists between the Plaintiff and Allstate as to the value of the property damage suffered at the insured residence.

7. Maggio Roofing provided an estimate for the Plaintiff and has assessed the value of the property damage and the cost to repair the same. When Allstate refused to consider Maggio's estimate, Troy Timmer of Certified Contractors Network also assessed the value of the property damage and the cost to repair.

8. Cunningham Lindsey International has been identified as the appraiser on behalf of Allstate.

9. The policy of insurance in question issued by the Defendant to the Plaintiff contains an appraisal provision for the resolution of disputes. Specifically, if the appraisers selected by the parties, Maggio Roofing, Troy Timmer, and Cunningham Lindsey International, respectively did not come to an agreement as to the value of the damages and the costs of repair, the Court of record where the premises is located is authorized and required to select an Umpire to resolve the dispute between the two appraisers as to the amount and costs of the loss in question.

10. Maggio Roofing and Troy Timmer on behalf of the Plaintiff, has sent the estimates and costs of repairs, as well as offers to resolve the claims, to Allstate but has not received a satisfactory response.

11. Allstate refuses to consider the repair estimates of Maggio Roofing.

12. Further, the adjuster for Allstate has indicated that he would simply close his claim.

13. The appraisers had not been able to agree upon an Umpire to resolve the dispute between the appraisers as to the amount and costs of the loss. As such it is necessary for this Court to appoint an Umpire as per the terms and conditions of the parties insurance policy agreement.

14. Since the appraisers cannot agree upon the selection of an Umpire to resolve the dispute between them as to the extent of the damage and the costs of repairs, the Plaintiff respectfully request that this Court appoint an Umpire to resolve these disputes between the parties as called for within the policy.

15. The Plaintiff respectfully requests that this Court appoint Demetri Giakamatous or Doug Fields as the Umpire for this matter.

16. Mr. Giakamatous is Vice President of American Custom Contractors, a remodeling and roofing company which has been in business for many years and has been performing work in the Washington Metropolitan Area. His company is certified by manufacturers of many roofing products, including Certainteed, GAF, and James Hardie. He and his company are involved in all manners of roof work, and replacements of roofs in the Washington Metropolitan Area. Mr. Giakamatous is a HAAG certified roof inspector, and has been involved with over 2000 damage claims to roofs which involve insurance claims. Mr. Giakamatous has served as an appraiser in these types of disputes on over 500 jobs in his many years of experience. Mr. Giakamatous has further been involved in the issues in dispute between Mr. des Longchamps and Allstate Insurance in this matter for many years and has a plethora of experience in determining the necessary and required repairs, as well as the cost of the same.

17. Mr. Fields has been a roofing contractor for over 30 years. Mr. Fields is President of Certified Roofing Systems and Contractors Corp, t/a CRS Roofing Services. He has served on the Washington Area Roofing Contractors Association for ten (10) years, and has served on the Mid Atlantic Roofing Contractors Association (MARCA) for six (6) years. Mr. Fields has served as President of both organizations, and is the immediate Past President of MARCA. He also served on the National Roofing Contractors Association in 2008. Mr. Fields has previously served as an appraiser, as well as an umpire chosen by the two appraisers, in similar disputes. Mr. Fields has extensive experience on the issues at hand in this dispute, both on his own behalf for work done by him, but also in his involvement with the professional organizations, in determining the appropriate repairs which are required as well as the reasonable and necessary costs of the same.

18. The dispute between the Plaintiff and the Defendant, Allstate, still exists as to the value of the property damage and the selection of an Umpire, as called for in the policy has not yet taken place. The selection of an Umpire by this Court is required in order that this dispute between the parties may be resolved.

WHEREFORE, the Plaintiffs' respectfully request that a Judge of this Court appoint an Umpire either Demetri Giakamatous or Doug Fields in accord with the appraisal provisions and the contract of insurance between the parties.

Respectfully Submitted,

ETHRIDGE, QUINN, KEMP,
McAULIFFE, ROWAN & HARTINGER

By: _____
Michael L. Rowan
33 Wood Lane
Rockville, Maryland 20850
(301) 762-1696
Attorney for Plaintiff

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

HENRY DES LONGCHAMPS

    Plaintiff

vs.

    Case Number: 13 - 0006357

ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY

    Defendant

RECEIVED
Civil Clerk's Office
SEP 1 8 2013
Superior Court of the
District of Columbia
Washington, D.C.

## MOTION FOR APPOINTMENT OF AN UMPIRE

Comes Now, the Plaintiff, Henry des Longchamps, by and through counsel Michael L. Rowan and Ethridge, Quinn, Kemp, McAuliffe, Rowan and Hartinger files this Motion for Appointment of An Umpire and in support thereof states as follows:

1. Plaintiff is a resident of the Washington, District of Columbia.

2. Defendant is an insurance company authorized to provide homeowners insurance coverage in Washington, District of Columbia.

3. Defendant provides homeowners insurance coverage to the Plaintiff at 1915 13th Street, NW, Washington DC 20009.

4. On or about June 29, 2012, during the Washington Area derecho, the insured property owned by the Plaintiff, Henry des Longchamps sustained damage which is covered by the Allstate policy.

5. As stated within the Complaint for the Appointment of An Umpire, which is incorporated herein by reference, the insurance policy in question contains an appraisal provision for the resolution of disputes as to the value of the damage and the costs of the repairs. Maggio Roofing was to do the repairs. Allstate did not believe

EXHIBIT C

that they were an impartial appraiser of the costs of the repairs since they were to perform them. The parties in this matter have since selected other appraisers, Troy Timmer of Certified Contractors Network on behalf of the Plaintiff and Cunningham Lindsey on behalf of the Defendant.

6. Maggio Roofing and the appraisers selected by the parties selected by the parties cannot agree on the necessary repairs or the costs of the same. The appraisers similarly cannot agree upon the selection of an Umpire to resolve the dispute between the parties as called for under the insurance policy issues by Allstate.

7. As such, and as called for in the contract between the parties this Court is authorized to appoint an Umpire to resolve the dispute between the appraisers.

8. The Complaint for the Appointment of An Umpire is referenced and incorporated herein. The Plaintiffs respectfully request, as stated in the Complaint, that the Court appoint either Demetri Giakamatous or Doug Fields as the Umpire to resolve the dispute between the two appraisers. The credentials of Mr. Giakamatous and Mr. Fields are spelled out within the Complaint.

9. The dispute the between the Plaintiff and the Defendant Allstate still exists as to the value of the property damage and the costs of repairs, and the selection of the Umpire, as called for in the insurance policy, is necessary to resolve the dispute between the two appraisers. The selection of an Umpire has not occurred.

10. It is necessary for the Court to appoint the Umpire to resolve the dispute between the two appraisers.

WHEREFORE, the Plaintiff requests that a Judge of this Honorable Court appoint either Demetri Giakamatous or Doug Fields to serve as the Umpire to resolve the dispute between the

two appraisers in accord with the policy of insurance issued by the Defendant Allstate to the Plaintiff.

Respectfully Submitted,

ETHRIDGE, QUINN, KEMP,
McAULIFFE, ROWAN & HARTINGER

By: _____
Michael L. Rowan
33 Wood Lane
Rockville, Maryland 20850
(301) 762-1696
Attorney for Plaintiff

### REQUEST FOR HEARING

Plaintiffs request a hearing on the issues in this Motion _____
Michael L. Rowan

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for Appointment of Umpire was mailed, along with the summons and complaint upon Allstate Property and Casualty Insurance Company by their resident agent.

_____
Michael L. Rowan

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| HENRY DES LONGCHAMPS, | * | |
| | * | |
| Plaintiff | * | Civil Case No. 2013 CA 006357 B |
| | * | Calendar II |
| v. | * | Judge John M. Mott |
| | * | |
| ALLSTATE PROPERTY & | * | |
| CASUALTY INSURANCE | * | |
| COMPANY, | * | |
| | | |
| Defendant | | |

ORDER

Upon consideration of the plaintiff's Motion for Appointment of an Umpire, it is this **18th** day of **October, 2013**, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Doug Fields is appointed as an Umpire in the above captioned matter. The appointed Umpire should contact counsel for the plaintiff so that the appraisal process may be completed; and it is further

**ORDERED** that this case is **CLOSED**.

The Honorable John M. Mott
Associate Judge
(Signed in Chambers)

Copies To:

Michael Rowan
33 Wood Lane
Rockville, MD 20850

Allstate Property & Casualty Insurance Company
Resident Agent
1015 15th Street, NW, Suite 1000
Washington, DC 20005

EXHIBIT

D

Filed
D.C. Superior Court
10/22/2013 16:35PM
Clerk of the Court

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

HENRY DES LONGCHAMPS :
:
    Plaintiff :
:
    vs. : Case Number: 2013 CA 006357 B
:
ALLSTATE PROPERTY & CASUALTY :
INSURANCE COMPANY :
:
    Defendant :

### MOTION TO ALTER/AMEND THE COURT'S OCTOBER 18, 2013 ORDER

Comes Now, the Plaintiff, Henry des Longchamps, by and through counsel Michael L. Rowan and Ethridge, Quinn, Kemp, McAuliffe, Rowan & Hartinger and Moves to Alter/Amend the Court's October 18, 2013 Order and as grounds therefore states as follows:

1. The Plaintiff filed a complaint and Motion requesting the appointment of an Umpire. The plaintiff had proposed two persons to serve as the umpire in this matter, Demetri Giakamatous and Doug Fields.
2. The Court, in its Order, appointed Doug Fields as the umpire in this matter.
3. When the Plaintiff filed its initial Complaint and Motion it believed that Mr. Fields was able and willing to serve as the umpire in this matter.
4. Mr. Fields has now stated that he is not able and willing to serve as the umpire in this matter at this time.
5. As such, the Plaintiff respectfully request that the Court appoint the other proposed umpire Demetri Giakamatous.

WHEREFORE, the Plaintiff respectfully requests that the Court amend its October 18, 2013 Order and Appoint Demtri Giakamatous as the Umpire in this matter.

EXHIBIT E

Respectfully Submitted,

ETHRIDGE, QUINN, KEMP,
McAULIFFE, ROWAN & HARTINGER

By: _____/s/_____
Michael L. Rowan
33 Wood Lane
Rockville, Maryland  20850
(301) 762-1696
D.C. Bar No 450038
Email- mlr@eqkmrh.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Alter/Amend the Court's October 18, 2013 Order was mailed, postage prepaid on this 22nd day of October 2013 to:

Allstate Property & Casualty Insurance Company
Resident Agent
1015 15th Street, NW, Suite 1000
Washington, DC 20005

___/s/_____
Michael L. Rowan

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| HENRY DES LONGCHAMPS, | * | |
| | * | |
| Plaintiff | * | Civil Case No. 2013 CA 006357 B |
| | * | Calendar II |
| v. | * | Judge John M. Mott |
| | * | |
| ALLSTATE PROPERTY & | * | |
| CASUALTY INSURANCE | * | |
| COMPANY, | * | |
| | | |
| Defendant | | |

ORDER

Upon consideration of the plaintiff's Motion to Alter/Amend the October 18, 2013 Order, good cause having been shown, it is this **28th** day of **October, 2013**, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Demetri Giakamatous is appointed as an Umpire in the above captioned matter and replaces the appointment of Doug Fields. The appointed Umpire Demetri Giakamatous should contact counsel for the plaintiff so that the appraisal process may be completed; and it is further

**ORDERED** that this case is **CLOSED**.

_____
The Honorable John M. Mott
Associate Judge
(Signed in Chambers)

Copies To:

Michael Rowan
33 Wood Lane
Rockville, MD 20850

**EXHIBIT**
F

Allstate Property & Casualty Insurance Company
Resident Agent
1015 15th Street, NW, Suite 1000
Washington, DC 20005

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| HENRY DES LONGCHAMPS, | * | |
| | * | |
| Plaintiff | * | Civil Case No. 2013 CA 006357 B |
| | * | Calendar II |
| v. | * | Judge John M. Mott |
| | * | |
| ALLSTATE PROPERTY & | * | |
| CASUALTY INSURANCE | * | |
| COMPANY, | * | |
| | | |
| Defendant | | |

### SUA SPONTE ORDER

It is this **29th** day of **October, 2013**, hereby

**ORDERED** that October 18, 2013 and October 28, 2013 Orders for appointment of an umpire are **VACATED**; and it is further

**ORDERED** that the defendant may file its answer within the allotted time; and it is further

**ORDERED** that this case is **REOPENED**.

_____
The Honorable John M. Mott
Associate Judge
(Signed in Chambers)

Copies To:

Michael Rowan
33 Wood Lane
Rockville, MD 20850

Daniel F. Basnight
dfbasnight@kaufcan.com

EXHIBIT
G

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

HENRY DES LONGCHAMPS,

    Plaintiff,

v.

ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY,

    Defendant.

Case No. 2013 CA 006357B
Judge John M. Mott
Next Court Date December 20, 2013
Event: Initial Conference

## ANSWER

Defendant, Allstate Property & Casualty Insurance Company ("Allstate"), by counsel, as and for its answer ("Answer") to the Complaint for Appointment of Umpire ("Complaint") filed by the Plaintiff, Henry des Longchamps ("Plaintiff"), **service of which was received by Allstate's Registered Agent on October 21, 2013**, states:

Except where specifically and expressly admitted, each and every allegation in the Complaint specifically and expressly is denied.

1. Allstate admits the allegations of Paragraph 1 of the Complaint.

2. Allstate admits the allegations of Paragraph 2 of the Complaint.

3. Allstate admits the allegations of Paragraph 3 of the Complaint.

4. Paragraph 4 of the Complaint states a pure legal conclusion, to which a response is not required.

5. Allstate admits the allegation of Paragraph 5 of the Complaint.

6. Allstate is without knowledge or information sufficient to admit or deny the allegations of Paragraph 6 of the Complaint, except that Allstate admits that a claim was made with Allstate by the Plaintiff as a result of the incident mentioned in the preceding paragraph of the Complaint.



EXHIBIT H

7. Allstate denies the allegations of Paragraph 7 of the Complaint, except that Allstate admits that Maggio Roofing provided an estimate for the Plaintiff for repairs to his house.

8. Allstate admits the allegation of Paragraph 8 of the Complaint.

9. Allstate denies the allegations of Paragraph 9 of the Complaint, except that Allstate admits that the insurance policy issued by Allstate to the Plaintiff contains an appraisal provision for the resolution of disputes.

10. Allstate denies the allegations of Paragraph 10 of the Complaint.

11. Allstate denies the allegations of Paragraph 11 of the Complaint.

12. Allstate denies the allegations of Paragraph 12 of the Complaint.

13. Allstate denies the allegations of Paragraph 13 of the Complaint.

14. Allstate denies the allegations of Paragraph 14 of the Complaint.

15. Allstate is without knowledge or information sufficient to admit or deny the allegations of Paragraph 15 of the Complaint, and, therefore, such allegations are denied.

16. Allstate is without knowledge or information sufficient to admit or deny the allegations of Paragraph 16 of the Complaint, and, therefore, such allegations are denied.

17. Allstate is without knowledge or information sufficient to admit or deny the allegations of Paragraph 17 of the Complaint, and, therefore, such allegations are denied.

18. Allstate denies the allegations of Paragraph 18 of the Complaint.

## AFFIRMATIVE DEFENSES

19. The Plaintiff does not come before this Court with clean hands, and, therefore, the relief requested in the Complaint should not be granted.

20. The Plaintiff's request for relief is barred by the doctrine of estoppel.

21.  Plaintiff has waived any right he may have had to the requested relief.

WHEREFORE, Defendant, Allstate Property & Casualty Insurance Company, by counsel, respectfully requests that this Court enter an order (1) dismissing the Complaint, with prejudice, (2) granting Allstate its taxable costs incurred in having the Complaint dismissed, and (3) granting such other and further relief as this Court deems appropriate.

Respectfully Submitted,

KAUFMAN & CANOLES, P.C.

By: _____
Daniel F. Basnight, Esq.
D.C. Bar No. 992035
KAUFMAN & CANOLES, P.C.
One City Center
11815 Fountain Way, Suite 400
Newport News, VA 23606
Telephone: (757) 873-6300
Facsimile: (757) 873-6359
Email: dfbasnight@kaufcan.com
*Attorney for the Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October, 2013, a true copy of the foregoing was sent by electronic mail via the CaseFileXpress System to the following:

Michael L. Rowan, Esq.
ETHRIDGE, QUINN, KEMP, MCAULIFFE, ROWAN & HARTINGER
33 Wood Lane
Rockville, Maryland 20850
Telephone: (301) 762-1696
*Attorney for Plaintiff*

_____

12758736

3